**FILED**

**FEBRUARY 4, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**08 C 745**

| | |
|---|---|
| JOSE M. GARCIA and IRMA GARCIA, | ) |
| | ) |
| Plaintiffs, | ) Case No. |
| v. | ) |
| | ) |
| MIDWEST MUTUAL MORTGAGE, | ) |
| INC., MARIA ELROD, and INDYMAC | ) |
| BANK, | ) |
| | ) |
| Defendants. | ) |

**JUDGE NORGLE**
**MAGISTRATE JUDGE NOLAN**

<u>**NOTICE OF REMOVAL**</u>

Pursuant to 28 U.S.C. § 1441, *et seq.*, defendant Indymac Bank, F.S.B. ("Indymac"), by and through its attorneys, hereby provides notice of its removal of *Jose M. Garcia, et al. v. Midwest Mutual Mortgage, Inc., et al.*, pending in the Circuit Court of Cook County, Illinois, Chancery Division,  No. 08 CH 568) to this Court. In support of this removal, Indymac states as follows:

1.     On January 7, 2008, plaintiffs Jose Garcia and Irma Garcia ("Plaintiffs") filed their Complaint in the Chancery Division of the Circuit Court of Cook County, Illinois.  Indymac received a copy of the Complaint on January 11, 2008.

2.     Removal is timely under 28 U.S.C. § 1446(b) because this Notice of Removal is being filed "within thirty days after the receipt by the defendant, through service or otherwise." In accordance with 28 U.S.C. § 1446(a), a copy of the process, pleadings, and orders filed in the Action are attached as Exhibit A.

3.     Count I of Plaintiffs' Complaint purports to assert a rescission claim relating to a residential mortgage.  In support of their rescission claim, Plaintiffs allege that Indymac "did not disclose the Truth in Lending Disclosures timely . . . ."  Compl. ¶ 27.  By alleging untimely

delivery of Truth in Lending disclosures, Plaintiffs purport to allege a violation of the rescission provisions of federal Truth in Lending Act, 15 U.S.C. § 1635.

4.      Therefore, this Court has original jurisdiction over this action because it is founded on a claim arising under the laws of the United States.  28 U.S.C. § 1331.  Removal is therefore proper under 28 U.S.C. § 1441(a). This Court has supplemental jurisdiction over Counts II and III, in accordance with 28 U.S.C. §§ 1367(a) and 1441(c).

5.      On information and belief, the other two defendants, Midwest Mutual Mortgage, Inc. and Maria Elrod, have not yet been served with the Complaint.  Therefore, their joinder in this Notice of Removal is unnecessary. *Gossmeyer v. McDonald*, 128 F.3d 481, 489 (7th Cir. 1997) ("[T]he requirement that all defendants join in the motion may not be necessary if, for example, the non-joining party had not yet been served.") (citation omitted); *Davis v. Averitt Express, Inc.*, No. 06 C 5793, 2006 U.S. Dist. LEXIS 94347, at *6 (N.D. Ill. Dec. 28, 2006) ("[T]he requirement that all defendants join a removal petition is unnecessary for nominal parties and parties not yet served.").

6.      A copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of Cook County, Illinois, as required by 28 U.S.C. § 1446(d).

Date:  February 4, 2008                    Respectfully submitted,

                                           **INDYMAC BANK, F.S.B.**

                          By:    s/ Richard E. Gottlieb
                                 _____
                                 Richard E. Gottlieb (rgottlieb@dykema.com)
                                 Andrew D. LeMar (alemar@dykema.com)
                                 Dykema Gossett PLLC
                                 10 South Wacker Drive, Suite 2300
                                 Chicago, IL  60606-7407
                                 (312) 876-1700

- 2 -

**<u>CERTIFICATE OF SERVICE</u>**


I hereby certify that on February 4, 2008, I electronically filed the foregoing **Notice of Removal** using the CM/ECF system.  In addition, I served the foregoing **Notice of Removal** via U.S. Mail upon the following:

> Keil M. Larson, Esq.
> 800 N. Clark St., Suite 222
> Chicago, Illinois 60610
> (312) 664-9300
> *Attorney for Plaintiffs*
>
> Midwest Mutual Mortgage, Inc.
> c/o Michael F. Leiva
> 2554 W. Fullerton Ave.
> Chicago, Illinois 60647
> *Co-Defendant*
>
> Maria Elrod
> 5425 W. Carmen Ave.
> Chicago, Illinois 60630
> *Co-Defendant*
>
> s/ Irina Frye_____

CHICAGO\2419498.3
ID\ADL