## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JOSE M. GARCIA and IRMA GARCIA, ) | |
| ) | |
| Plaintiffs, ) | Case No. 08 C 745 |
| v. ) | |
| ) | Judge Charles R. Norgle |
| MIDWEST MUTUAL MORTGAGE, ) | |
| INC., MARIA ELROD, and INDYMAC ) | |
| BANK, ) | |
| ) | |
| Defendants. ) | |

**INDYMAC BANK, F.S.B.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendant Indymac Bank, F.S.B. ("Indymac"), by and through its attorneys, Dykema Gossett PLLC, moves pursuant to Fed. R. Civ. P. 6(b) for an enlargement of time for Indymac to respond to Plaintiffs' Complaint. In support of its motion, Indymac states the following:

1. On January 7, 2008, plaintiffs Jose Garcia and Irma Garcia filed their complaint in the Chancery Division of the Circuit Court of Cook County, Illinois, styled *Jose M. Garcia, et al. v. Midwest Mutual Mortgage, Inc., et al.*, Case No. No. 08 CH 568.

2. On February 4, 2008, Indymac filed its Notice of Removal in this Court.

3. Indymac's response to the Complaint is due on February 11, 2008.

4. Counsel for Indymac requires additional time to properly investigate the allegations and formulate an appropriate response.

5. On February 5, 2008, Keil M. Larson, counsel for Plaintiffs, indicated to Andrew D. LeMar, counsel for Indymac, that Plaintiffs do not oppose Indymac's request for an enlargement of time in which to answer or otherwise plead to the Complaint up to and including March 7, 2008.

- 2 -

6.      This request for an extension is not meant for the purposes of undue delay, and no party will not be prejudiced by this extension.

WHEREFORE, defendant Indymac Bank, F.S.B. requests that this Court grant it an enlargement of time up to and including March 7, 2008, in which to respond to Plaintiffs' Complaint, and grant such further and additional relief as this Court deems just and appropriate.

Date: February 7, 2008

Respectfully submitted,

**INDYMAC BANK, F.S.B.**

By:   s/ Richard E. Gottlieb
Richard E. Gottlieb (rgottlieb@dykema.com)
Andrew D. LeMar (alemar@dykema.com)
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL  60606-7407
(312) 876-1700

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2008, I electronically filed the foregoing **Indymac Bank, F.S.B.'s Unopposed Motion for Enlargement of Time** using the CM/ECF system, which sent notification of such filing to counsel set forth below:

Keil M. Larson (keil@keillarson.com)

In addition, I served the foregoing via U.S. Mail upon the following:

> Midwest Mutual Mortgage, Inc.
> c/o Michael F. Leiva
> 2554 W. Fullerton Ave.
> Chicago, Illinois 60647
> *Co-Defendant*
>
> Maria Elrod
> 5425 W. Carmen Ave.
> Chicago, Illinois 60630
> *Co-Defendant*

s/ Irina Frye

CHICAGO\2421360.1
ID\IVF

- 3 -