IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE M. GARCIA and IRMA GARCIA, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 08 C 745 |
| v. | ) | |
| | ) | Judge Charles R. Norgle |
| MIDWEST MUTUAL MORTGAGE, | ) | |
| INC., MARIA ELROD, and INDYMAC | ) | |
| BANK, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on **Friday, February 15, 2008,** at **9:30 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Charles R. Norgle** or any judge sitting in his stead in **Room 2341** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall present **Indymac Bank, F.S.B.'s Unopposed Motion for Enlargement of Time to Respond to Plaintiffs' Complaint**.

Date:  February 7, 2008                           **INDYMAC BANK, F.S.B.**

                                       By:   s/ Richard E. Gottlieb
                                             Richard E. Gottlieb (rgottlieb@dykema.com)
                                             Andrew D. LeMar (alemar@dykema.com)
                                             Dykema Gossett PLLC
                                             10 South Wacker Drive, Suite 2300
                                             Chicago, IL  60606-7407
                                             (312) 876-1700

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2008, I electronically filed the foregoing **Indymac Bank, F.S.B.'s Notice of Unopposed Motion for Enlargement of Time** using the CM/ECF system, which sent notification of such filing to counsel set forth below:

Keil M. Larson (keil@keillarson.com)

In addition, I served the foregoing via U.S. Mail upon the following:

> Midwest Mutual Mortgage, Inc.
> c/o Michael F. Leiva
> 2554 W. Fullerton Ave.
> Chicago, Illinois 60647
> *Co-Defendant*
>
> Maria Elrod
> 5425 W. Carmen Ave.
> Chicago, Illinois 60630
> *Co-Defendant*

s/ Irina Frye

CHICAGO\2421399.1
ID\IVF