**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOSE M. GARCIA and IRMA GARCIA, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 08 C 745 |
| v. | ) | |
| | ) | Judge Charles R. Norgle |
| MIDWEST MUTUAL MORTGAGE, INC., MARIA ELROD, and INDYMAC BANK, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**INDYMAC BANK, F.S.B.'S
FEDERAL RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule LR3.2 of the Local General Rules, defendant Indymac Bank, F.S.B. ("Indymac") states as follows:

1. Parent corporations: Indymac Bancorp, Inc. (NYSE: IMB).

2. Publicly held companies owning ten (10) percent or more of Indymac's stock: Indymac Bancorp, Inc. (NYSE: IMB).

Date: February 7, 2008

Respectfully submitted,

**INDYMAC BANK, F.S.B.**

By: s/ Richard E. Gottlieb

Richard E. Gottlieb (rgottlieb@dykema.com)
Andrew D. LeMar (alemar@dykema.com)
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL  60606-7407
(312) 876-1700

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2008, I electronically filed the foregoing **Defendant Indymac Bank, F.S.B.'s Federal Rule 7.1 and Local Rule 3.2 Disclosure Statement** using the CM/ECF system, which sent notification of such filing to counsel set forth below:

Keil M. Larson (keil@keillarson.com)

In addition, I served the foregoing via U.S. Mail upon the following:

> Midwest Mutual Mortgage, Inc.
> c/o Michael F. Leiva
> 2554 W. Fullerton Ave.
> Chicago, Illinois 60647
> *Co-Defendant*
>
> Maria Elrod
> 5425 W. Carmen Ave.
> Chicago, Illinois 60630
> *Co-Defendant*

s/ Irina Frye

CHICAGO\2421402.1
ID\IVF