## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Jose M. Garcia, et al.
                                  Plaintiff,

v.                                                   Case No.: 1:08−cv−00745
                                                  Honorable Charles R. Norgle Sr.

Midwest Mutual Mortgage, Inc., et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 14, 2008:

      MINUTE entry before Judge Charles R. Norgle Sr.:Indymac Bank, F.S.B's Unopposed Motion for Enlargement of Time to Respond to Plaintiffs' Complaint [6] is granted. Indymac's time to respond to Plaintiffs' Complaint is extended to and including March 7, 2008.Telephoned/mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.