# EXHIBIT 1

# TRUTH IN LENDING DISCLOSURE STATEMENT

DATE: February 2, 2007　　　LOAN #: 125442122
CREDITOR: IndyMac Bank, F.S.B.
NAME OF BORROWER(S): Jose M Garcia

MAILING ADDRESS: 5425 W Carmen Avenue, Chicago, IL 60630
PROPERTY ADDRESS: 5425 W Carmen Avenue, Chicago, IL 60630

| ANNUAL PERCENTAGE RATE<br>The cost of your credit at a yearly rate | FINANCE CHARGE<br>The dollar amount the credit will cost you | AMOUNT FINANCED<br>The amount of credit provided to you or on your behalf | TOTAL OF PAYMENTS<br>The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| 7.620% | $ 637,377.26 | $ 353,043.00 | $ 990,420.26 |

Your payment schedule will be: **monthly, as follows**

Construction ☐ If checked, this loan provides for interest-only payments during the construction period. Beginning
Loan: , you will make periodic interest-only payments during the construction period, followed by payments of principal and interest as scheduled below.

| Number of Payments | Amount of Payments | When Payments Are Due | Number of Payments | Amount of Payments | When Payments Are Due | Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|---|---|---|---|---|---|
| 60 | 1,912.50 | 03/01/2007 | | | | | | |
| 60 | 2,437.50 | 03/01/2012 | | | | | | |
| 239 | 3,039.25 | 03/01/2017 | | | | | | |
| 1 | 3,039.51 | 02/01/2037 | | | | | | |

Demand Feature: ☒ This loan does not have a Demand Feature. ☐ This loan has a Demand Feature.
Variable Rate: ☒ If checked, this loan contains a variable rate feature. Disclosures about the variable rate feature were provided to you earlier.
Assumption: Someone buying your property ☐ cannot, unless otherwise provided by federal law, ☒ may, subject to conditions, be allowed to assume the remainder of the loan on the original terms.
Security: You are giving a security interest in the property located at:  5425 W Carmen Avenue, Chicago, IL 60630
You are giving a security interest in: **The Property Being Purchased.**
Late Charge: If a payment is not received by the end of 15 days after the date it is due, you will be charged 5.00 % of the overdue payment.
Prepayment: If you pay this loan early you ☒ may ☐ will not have to pay a penalty. If you pay off an FHA insured loan, on a date other than the regular installment date, you may be assessed interest charges until the end of the month. You ☐ may be or ☒ will not be entitled to a refund of part of the finance charge.
Deposit: ☐ If checked, the annual percentage rate does not take into account your required deposit.
Property Insurance: Property insurance is required on this loan. Flood insurance may be required if the property is located in a area designated as an area having special flood hazards. You may obtain property insurance and, if required, flood insurance from anyone you want that is acceptable to Creditor.
Filing Fee: $ 200.00    (e)
"e" means estimate

See your contract documents for any additional information about non-payment, default, any required payment in full before the scheduled date, and any prepayment refunds.
☐ all dates and numerical disclosures except the late payments disclosures are estimates

Truth In Lending Disclosure Statement (Multistate)
IndyMac Bank, F.S.B.　　　　Page 1 of 2　　　　82001MU 91/07

February 2, 2007  10:26:33　　　Index = 5.4100　　　Margin= 2.750

The undersigned hereby acknowledge receipt of a completed copy of this Disclosure, and if this loan has a Variable Rate feature, a copy of an Adjustable/Variable Rate Loan Program Disclosure along with a copy of The Consumer Handbook on Adjustable Rate Mortgages (CHARM Booklet). The undersigned understand that this is not a contract or a loan commitment.

_____  _____  _____  _____
Jose M Garcia                    (Borrower) (Date)        Irma Garcia                     (Borrower) (Date)

_____  _____
                              (Borrower) (Date)                                     (Borrower) (Date)

NOTE: Payments shown above do not include reserve deposits for taxes, property or flood insurance.

Loan No: 125442122

Truth in Lending Disclosure Statement (Multistate)
IndyMac Bank, F.S.B.                                   Page 2 of 2                                    82001MU 01/07