# EXHIBIT 2

# TRUTH IN LENDING DISCLOSURE STATEMENT

DATE: February 2, 2007   LOAN #: 125442123
CREDITOR: INDYMAC BANK, F.S.B.
NAME OF BORROWER(S): JOSE M GARCIA

MAILING ADDRESS:   5425 W CARMEN AVENUE, CHICAGO, IL 60630
PROPERTY ADDRESS: 5425 W CARMEN AVENUE, CHICAGO, IL 60630

| ANNUAL PERCENTAGE RATE<br>The cost of your credit at a yearly rate | FINANCE CHARGE<br>The dollar amount the credit will cost you | AMOUNT FINANCED<br>The amount of credit provided to you or on your behalf | TOTAL OF PAYMENTS<br>The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| 9.135% | $ 112,675.87 | $ 89,070.50 | $ 201,746.37 |

Your payment schedule will be: monthly, as follows

Construction Loan: ☐ If checked, this loan provides for interest-only payments during the construction period. Beginning , you will make periodic interest-only payments during the construction period, followed by payments of principal and interest as scheduled below.

| Number of Payments | Amount of Payments | When payments Are Due | Number of Payments | Amount of Payments | When Payments Are Due | Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|---|---|---|---|---|---|
| 179 | 724.16 | 03/01/2007 | | | | | | |
| 1 | 72,121.73 | 02/01/2022 | | | | | | |

**Demand Feature:** ☒ This loan does not have a Demand Feature. ☐ This loan has a Demand Feature.
**Variable Rate:** ☐ If checked, this loan contains a variable rate feature. Disclosures about the variable rate feature were provided to you earlier.
**Assumption:** Someone buying your property ☒ cannot, unless otherwise provided by federal law, ☐ may, subject to conditions, be allowed to assume the remainder of the loan on the original terms.
**Security:** You are giving a security interest in the property located at:   5425 W CARMEN AVENUE, CHICAGO, IL 60630
You are giving a security interest in:   **The Property Being Purchased.**
**Late Charge:** If a payment is not received by the end of 15 days after the date it is due, you will be charged 5.00 % of the overdue payment.
**Prepayment:** If you pay this loan early you ☐ may ☒ will not have to pay a penalty. If you pay off an FHA insured loan, on a date other than the regular installment date, you may be assessed interest charges until the end of the month. You ☐ may be or ☒ will not be entitled to a refund of part of the finance charge.
**Deposit:** ☐ If checked, the annual percentage rate does not take into account your required deposit.
**Property Insurance:** Property insurance is required on this loan. Flood insurance may be required if the property is located in a area designated as an area having special flood hazards. You may obtain property insurance and, if required, flood insurance from anyone you want that is acceptable to Creditor.
**Filing Fee:** $ 200.00   (e)
"e" means estimate

See your contract documents for any additional information about non-payment, default, any required payment in full before the scheduled date, and any prepayment refunds.

☐ all dates and numerical disclosures except the late payments disclosures are estimates

Truth In Lending Disclosure Statement (Multistate)
IndyMac Bank, F.S.B.                                                     Page 1 of 2                                                82001MU 01/07

February 2, 2007   11:30:18

The undersigned hereby acknowledge receipt of a completed copy of this Disclosure, and if this loan has a Variable Rate feature, a copy of an Adjustable/Variable Rate Loan Program Disclosure along with a copy of The Consumer Handbook on Adjustable Rate Mortgages (CHARM Booklet). The undersigned understand that this is not a contract or a loan commitment.

_____    _____    _____
JOSE M GARCIA      (Borrower) (Date)    IRMA GARCIA         (Borrower) (Date)                     (Borrower) (Date)

_____                                       _____
                   (Borrower) (Date)                                                      (Borrower) (Date)

NOTE: Payments shown above do not include reserve deposits for taxes, property or flood insurance.

Loan No: 125442123

Truth in Lending Disclosure Statement (Multistate)
IndyMac Bank, F.S.B.                    Page 2 of 2                                 82001MU 01/07