AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3/24/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Damone Smith | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Midwest Mutual 2554 W. Fullerton, Chicago, IL 60647

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Jessica Reyes H/F/25

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/24/08         *Damone Smith*
             Date            Signature of Server

8817 S. Bishop St. Chicago, IL 60600
Address of Server

**OFFICIAL SEAL**
**KEETRA JACKSON**
Notary Public, State of Illinois
My Commission Expires 06/22/2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.