AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 3/24/08 @ 1:03 pm |
| NAME OF SERVER (PRINT) Damone Smith | TITLE Process Server |

Check one box below to indicate appropriate method of service

G  Served personally upon the defendant. Place where served:
3425 W. Carmen Ave, Chicago, IL 60632

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Maria Elrod H/K/35

G  Returned unexecuted: _____

G  Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/24/08
Date

Signature of Server

Address of Server: 8817 S. Bishop St. Chicago, IL. 60620

OFFICIAL SEAL
KEETRA JACKSON
Notary Public, State of Illinois
My Commission Expires 06/22/2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.