AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Jose and Irma Garcia

V.

Midwest Mutual Mortgage, Maria Elrod, IndyMac Bank

CASE NUMBER: 2008 CV 00745

ASSIGNED JUDGE: Judge Norgle

DESIGNATED MAGISTRATE JUDGE: Judge Nolan

TO: (Name and address of Defendant)

Midwest Mutual Mortgage c/o Michael Leiva 2554 W Fullerton Chicago, Il 60647
Maria Elrod, 5425 West Carmen Avenue, Chicago, Il 60630

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Keil M. Larson, 800 N Clark Street Suite 222, Chicago, Il 60610
312-664-9300
keil@keillarson.com

an answer to the complaint which is herewith served upon you, within ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

MAR - 4 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3/24/08 |
| NAME OF SERVER (PRINT) Damone Smith | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Midwest Mutual 2554 W. Fullerton, Chicago, IL 60647

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Jessina Reyes H/F/25

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/24/08
          Date

Signature of Server: Damone Smith

Address of Server: 8817 S. Bishop St. Chicago, IL 60620

OFFICIAL SEAL
KEETRA JACKSON
Notary Public, State of Illinois
My Commission Expires 06/22/2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.