IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE M. GARCIA and IRMA GARCIA, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 08 C 745 |
| v. | ) | |
| | ) | Judge Charles R. Norgle |
| MIDWEST MUTUAL MORTGAGE, INC., MARIA ELROD, and INDYMAC BANK, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:    COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on **Friday, May 2, 2008,** at **9:30 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Charles R. Norgle** or any judge sitting in his stead in **Room 2341** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall present **Indymac Bank, F.S.B.'s Motion for Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c)**.

Date:  April 28, 2008                               **INDYMAC BANK, F.S.B.**

                                    By:   s/ Richard E. Gottlieb
                                          Richard E. Gottlieb (rgottlieb@dykema.com)
                                          Andrew D. LeMar (alemar@dykema.com)
                                          Dykema Gossett PLLC
                                          10 South Wacker Drive, Suite 2300
                                          Chicago, IL  60606-7407
                                          (312) 876-1700

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2008, I electronically filed the foregoing **Indymac Bank, F.S.B.'s Notice of Motion for Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c)**using the CM/ECF system, which sent notification of such filing to counsel set forth below:

Keil M. Larson (keil@keillarson.com)

In addition, I served the foregoing via U.S. Mail upon the following:

>Midwest Mutual Mortgage, Inc.
>c/o Michael F. Leiva
>2554 W. Fullerton Ave.
>Chicago, Illinois 60647
>*Co-Defendant*

>Maria Elrod
>5425 W. Carmen Ave.
>Chicago, Illinois 60630
>*Co-Defendant*

                                  s/ Irina Frye

CHICAGO\2444281.1
ID\IVF

2