Order Form (01/2005)

## United States District Court, Northern District of Illinois

*MHN*

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0745 | **DATE** | 8/7/2008 |
| **CASE TITLE** | Garcia et al. vs. Midwest Mutual Mortgage, Inc. et al. | | |

**DOCKET ENTRY TEXT**

On May 2, 2008 the Court set a briefing schedule with regard to Defendant Indymac Bank's motion for judgment on the pleadings [17]. Upon review of the record, it has come to the Court's attention that neither party has complied with the Court's Order of May 2, 2008 and there have been no additional docket entries since that time. The parties are therefore ordered to submit to the Court a written status of the case by August 21, 2008, addressing Defendant's motion. Should the parties fail to submit a written status by August 21, 2008, the Court shall strike Defendant Indymac Bank's motion as moot.

*Charles Norgle*

Docketing to mail notices.

| | | Courtroom Deputy Initials: | EF |
|---|---|---|---|