# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JOSE M. GARCIA AND IRMA GARCIA, <br><br> Plaintiffs, <br><br> v. <br><br> MIDWEST MUTUAL MORTGAGE, INC., MARIA ELROD, AND INDYMAC BANK, <br><br> Defendants. | Case No. 08 C 745 <br><br> Judge Charles R. Norgle |

## INDYMAC BANK, F.S.B.'S AND PLAINTIFFS' JOINT STATUS REPORT

Pursuant to the Court's August 11, 2008 entry, defendant Indymac Bank, F.S.B. ("Indymac") and Plaintiffs Jose and Irma Garcia ("Plaintiffs") submit this Joint Status Report and state as follows:

1. On January 7, 2008, Jose and Irma Garcia ("Plaintiffs") filed their complaint in Illinois state court against Indymac, Midwest Mutual Mortgage, Inc. ("Midwest Mutual"), and Maria Elrod ("Elrod"). On February 4, 2008, Indymac removed the case to this Court, and, on March 6, 2008, Indymac filed its Answer and Affirmative Defenses to the Complaint [DE 12].

2. On April 28, 2008, Indymac filed its Motion for Judgment on the Pleadings [DE 17] and supporting memorandum [DE 18]. On May 2, 2008, the Court set a briefing schedule on the Motion, giving Plaintiffs until May 23 to file a response and giving Indymac until June 6 to file its reply [DE 20].

3. Shortly thereafter, Plaintiffs and Indymac began engaging in settlement discussions.

4. On June 2, 2008, counsel for Indymac and counsel for Plaintiffs jointly called the Court's chambers, leaving a voicemail message for the Court's clerk (1) indicating that Indymac and Plaintiffs were engaged in settlement discussions and that the parties agreed to indefinitely postpone briefing on Indymac's Motion for Judgment on the Pleadings while Indymac and Plaintiffs engaged in settlement discussions and (2) asking the Court to postpone any ruling regarding the Motion while Indymac and Plaintiffs engaged in settlement discussions.

5. Indymac and Plaintiffs are still engaged in settlement discussions and, while settlement is not yet finalized, the parties expect to finalize settlement relatively soon. Until the settlement is finalized, the parties request that briefing on Indymac's Motion for Judgment on the Pleadings remain indefinitely postponed and that the Court postpone any ruling on the Motion.

6. The remaining defendants -- Midwest Mutual and Elrod -- have not yet appeared in the case, and the settlement between Indymac and Plaintiffs will have no effect on Plaintiffs' claims against Midwest Mutual and Elrod.

Date: August 21, 2008                                      Respectfully submitted,

                                                  **INDYMAC BANK, F.S.B.**

By:  s/ Andrew D. LeMar
       Richard E. Gottlieb (rgottlieb@dykema.com)
       Andrew D. LeMar (alemar@dykema.com)
       Dykema Gossett PLLC
       10 South Wacker Drive, Suite 2300
       Chicago, IL  60606-7407 (312) 876-1700

**JOSE AND IRMA GARCIA**

By:  s/ Keil M. Larson
       Keil M. Larson (keil@keillarson.com)
       Keil M. Larson Attorney at Law
       800 North Clark Street, Suite 222
       Chicago, IL  60610
       (312) 664-9300

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2008, I electronically filed the foregoing **Joint Status Report of Indymac Bank, F.S.B. and Plaintiffs** using the CM/ECF system, which sent notification of such filing to counsel set forth below:

Keil M. Larson (keil@keillarson.com)

In addition, I served the foregoing via U.S. Mail upon the following:

> Midwest Mutual Mortgage, Inc.
> c/o Michael F. Leiva
> 2554 W. Fullerton Ave.
> Chicago, Illinois 60647
>
> Maria Elrod
> 5425 W. Carmen Ave.
> Chicago, Illinois 60630

s/ Irina V. Frye

CHICAGO\2492285.1
ID\ADL