# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 745 | **DATE** | 8/21/2008 |
| **CASE TITLE** | Jose M. Garcia and Irma Garcia vs. Midwest Mutual Mortgage, Inc., et al. | | |

**DOCKET ENTRY TEXT**

The Court has reviewed the parties' agreed status report. The agreed motion to stay briefing and ruling on the motion for judgment on the pleadings is granted. The matter is set for October 10, 2008 at 10:30 A.M. for status on settlement and to present motions for default as to the two defendants who have failed to appear, answer or otherwise plead. Counsel should be aware of a recent ruling in an unrelated case: Segura v. Chase Home Finance, LLC, No. 08-600.

*Charles Norgle*

Docketing to mail notices.

FILED
2008 AUG 22 PM 3:23
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | EF |
|---|---|---|